■ ELLIOTT SUTTON et al., Appellants, v R. H. MACY Co., INC., et al., Respondents.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on December 28, 1988, unanimously affirmed for the reasons stated by Martin Stecher, J., without costs and without disbursements. Concur —Kupferman, J. P., Carro, Milonas, Wallach and Smith, JJ.

■ JEAN CADET, Appellant, v JOSEPH R. HARBESON, Respondent.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on July 27, 1987, unanimously affirmed for the reasons stated by Martin Stecher, J., without costs and without disbursements. Concur—Kupferman J. P., Carro, Milonas, Wallach and Smith, JJ.